UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ERIC FLORES,
    Plaintiff,

v.                                              C.A. No. 14-24 S

UNITED STATES ATTORNEY
GENERAL, ET AL.,
    Defendants.

**ORDER**

The Report and Recommendation of United States Magistrate Judge Lincoln D. Almond filed on March 18th, 2014 (ECF #3), in the above-captioned matter is hereby accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, the Plaintiff's Complaint (ECF #1) is hereby DISMISSED with prejudice pursuant to 28 U.S.C. §§1915(e)(2)(B)(i),(ii), and (iii).

ENTER:

_____
William E. Smith
United States District Judge

Date: 4/14/14